CASREF, CLOSED, JURY

# U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Marshall)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00106-DF-CE

| | |
|---|---|
| Robertson et al v. Pfizer, Inc. | Date Filed: 03/29/2007 |
| Assigned to: Judge David Folsom | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Charles Everingham | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1391 Personal Injury | Jurisdiction: Diversity |

## Plaintiff

**Imogene Robertson**
*Heir of the Estate of Glennie Bradley, Deceased*

represented by **Matthew Edward Lundy**
Lundy & Davis
333 N Sam Houston Pkwy E
Suite 375
Houston, TX 77060
281/272-0797
Fax: 12812720781
Email: mlundy@lundydavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY I CERTIFY
DAVID MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT, TEXAS
By: [signature]

## Plaintiff

**Alphonso Bradley**
*Heir of the Estate of Glennie Bradley, Deceased*

represented by **Matthew Edward Lundy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**LeRoy Bradley**
*Heir of the Estate of Glennie Bradley, Deceased*

represented by **Matthew Edward Lundy**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2007 | 1 | COMPLAINT with JURY DEMAND against Pfizer, Inc. (Filing fee $ 350.), filed by Imogene Robertson, Alphonso Bradley, LeRoy Bradley. (Attachments: # 1 Civil Cover Sheet)(ehs, ) (Entered: 03/29/2007) |
| 03/29/2007 |  | E-GOV SEALED SUMMONS Issued as to Pfizer, Inc. (ehs, ) (Entered: 03/29/2007) |
| 03/29/2007 | 2 | Magistrate Consent Form Mailed to Imogene Robertson, Alphonso Bradley, LeRoy Bradley (ehs, ) (Entered: 03/29/2007) |
| 04/03/2007 |  | Filing fee: $ 350.00, receipt number 2-1-2412 (ch, ) (Entered: 04/04/2007) |
| 04/19/2007 | 3 | ORDER VACATING REFERRAL to Magistrate Judge Caroline Craven and REFERRING CASE to Magistrate Judge Charles Everingham for pretrial matters.. Signed by Judge David Folsom on 4/19/2007. (sm, ) (Entered: 04/19/2007) |
| 05/10/2007 | 4 | Return of Service Executed as toPfizer, Inc. on 4/23/2007, answer due: 5/14/2007. (djh, ) (Entered: 05/10/2007) |
| 05/11/2007 | 5 | Interdistrict transfer to the United States District Court Northern District of California. Certified copy of Complaint, Docket Sheet, and transfer order were sent e-mail to rufino_santos@cand.uscourts.gov (ch, ) |

| | | (Entered: 05/11/2007) |